**Order entered December 11, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01361-CV
No. 05-17-01362-CV

**IN RE SENRICK WILKERSON, Relator**

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183 and F10-01184**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's November 27, 2017 petition for writ of mandamus.

/s/      JASON BOATRIGHT
          JUSTICE